**Order entered September 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00297-CR

### SAUL RANULFO HERRERA RIOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-24112-P**

## ORDER

Before the Court is appellant's August 26, 2019 motion to hold the briefing schedule in abeyance for evidentiary hearing on appellant's objection to incorrect recitations in the judgment. We **GRANT** the motion.

We **ORDER** the trial court to conduct a hearing and make findings of fact and conclusions of law regarding: (1) whether appellant executed a written jury waiver; (2) whether appellant waived his right to a trial by jury; (3) whether appellant consented to a trial before the court without a jury; and (4) whether the judgment's recitation that appellant waived the right of trial by jury accurately reflects the trial proceedings.

We **ORDER** the trial court to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing its findings of fact and conclusions of law and any documentation bearing on the issue of whether appellant waived his right to a trial by jury.

We further **ORDER** that a supplemental reporter's record of the hearing be filed within **THIRTY DAYS** of the date of this order.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the supplemental clerk's record is received or at such other time as the Court deems appropriate. Upon reinstatement, the Court will reset the time to file appellant's brief.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE